[No. 9448-1-III. Division Three. May 2, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL G. REYES, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 88-1-00592-9, F. James Gavin, J., entered June 23, 1988. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green and Shields, JJ.

[No. 21342-3-I. Division One. May 8, 1989.]

JOEL BERMAN, ET AL, *Appellants*, v. JAMES RANEY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 87-2-08605-4, Carmen Otero, J., entered October 19, 1987. *Affirmed* by unpublished opinion per Schumacher, J. Pro Tem., concurred in by Swanson and Winsor, JJ.

[No. 21972-3-I. Division One. May 8, 1989.]

BELLCO ELECTRIC & SUPPLY COMPANY, *Respondent*, v. CARL W. CLAPP, ET AL, *Defendants*, SHELTER VENTURES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-2-00235-7, Jim Bates, J., entered February 25, 1988. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman, C.J., and Swanson, J.